CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 28 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BENJAMIN WILLIAM FAWLEY, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:09-cv-0041 |
| v. | ) <br> ) | **ORDER** |
| GENE JOHNSON, et al., <br> Defendants. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that "Other Jane and John Doe Officials and Staff" is **TERMINATED** as a defendant; the remaining defendants' motions for summary judgment are **GRANTED**; plaintiff's motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

**ENTER**: This 28th day of July, 2011.

_____
Senior United States District Judge